■ RONALD HENKIN et al., Respondents, v SIGMUND SOMMER et al., Appellants. (And a Second Action.) — Resettled judgment of the Supreme Court, Queens County (Hyman, J.), dated October 1, 1981 (the original judgment is dated June 30, 1981), affirmed, with costs. No opinion. Damiani, J. P., Gulotta, Rubin and Boyers, JJ., concur.